UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SHIRLEY GARCIA VILLAVICENCIO,

                    Plaintiff,                    25 Civ. 2802 (JPO)

       -against-                                  JUDGMENT

ADEMIFY LLC d/b/a ADEMI COFFEE AND TEA
and ADEMI TOREBEK,

                  Defendants.
-----------------------------------------------------------------X

**WHEREAS**, an Acceptance of Offer of Judgment Pursuant to Fed. R. Civ. P. 68 having been filed by Plaintiff on October 7, 2025; it is

**ORDERED AND ADJUDGED** that judgment is hereby entered in favor of Plaintiff Shirley Garcia Villavicencio and against Defendants Ademify LLC d/b/a Ademi Coffee and Tea and Ademi Torebek, jointly and severally, in the amount of $23,000, inclusive of attorneys' fees and costs, as set forth and subject to the terms in the accepted offer of judgment (ECF No. 17).

Dated: New York, New York

       October 8, 2025

                                                        SO ORDERED:

                                                        J. PAUL OETKEN
                                                        United States District Judge